Kent M. Roger, Bar No. 095987
kent.roger@morganlewis.com
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVA LIMOUSINE, LTD., individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-CA, LLC; UBER USA, LLC; and UATC, LLC.<br><br>Defendants. | Case No. 3:18-cv-05546-EMC<br><br>**NOTICE OF APPEARANCE OF MINNA LO NARANJO** |

**TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Minna Lo Naranjo of Morgan, Lewis & Bockius LLP, hereby appears as counsel for defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Uber USA, LLC, and UATC, LLC.  Ms. Naranjo is admitted to practice in the State of California and before this Court.  Her address, telephone, facsimile, and email address are as follows:

> Minna Lo Naranjo, Bar No. 259005
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Phone: (415) 442-1000
> Facsimile: (415) 442-1001
> Email:  minna.naranjo@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated:  October 5, 2018            By:    */s/ Minna Lo Naranjo*
                                          Minna Lo Naranjo
                                          MORGAN, LEWIS & BOCKIUS LLP

                                          *Attorneys for Defendants*