1  Michael A. Geibelson (SBN 179970)
   mgeibelson@robinskaplan.com
2  Aaron M. Sheanin (SBN 214472)
   asheanin@robinskaplan.com
3  Tai S. Milder (SBN 267070)
   tmilder@robinskaplan.com
4  **ROBINS KAPLAN LLP**
   2440 W. El Camino Real, Suite 100
5  Mountain View, California 94040
   Tel: (650) 784-4040
6  Fax: (650) 784-4041

7  *Attorneys for Plaintiff and the Proposed Classes*

8  Kent M. Roger, Bar No. 095987
   kent.roger@morganlewis.com
9  Brian C. Rocca, Bar No. 221576
   brian.rocca@morganlewis.com
10 Sujal J. Shah, Bar No. 215230
   sujal.shah@morganlewis.com
11 Minna Lo Naranjo, Bar No. 259005
   minna.naranjo@morganlewis.com
12 **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
13 San Francisco, CA  94105-1596
   Tel: (415) 442-1000
14 Fax: (415) 442-1001

15 *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVA LIMOUSINE, LTD., individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-CA, LLC; UBER USA, LLC; and UATC, LLC.<br><br>Defendants. | Case No. 3:18-cv-05546-EMC<br><br>**STIPULATION RE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, the parties hereby stipulate to an extension of the deadline for Defendants to respond to the Complaint.

**RECITALS**

WHEREAS, Plaintiff filed its Complaint in this action on September 10, 2018 (Dkt. 1);

WHEREAS, Plaintiff served Defendant Uber Technologies, Inc. on or about September 14, 2018 (Dkt. 18) and the remaining Defendants (Rasier, LLC; Rasier-Ca, LLC; Uber USA, LLC; and UATC, LLC) on or about September 21, 2018 (Dkt. 19-22);

WHEREAS, pursuant to Local Rule 6-1(a), Defendants requested, and Plaintiff agreed, to extend the deadline for Defendants to respond to the Complaint from October 5, 2018 (as to Defendant Uber Technologies, Inc.) and October 12, 2018 (as to all other Defendants) to a consolidated response deadline for all Defendants on November 9, 2018;

WHEREAS, the parties have not previously sought an order extending time in this matter;

THEREFORE, the parties, through their undersigned counsel, stipulate as follows:

1. Defendants shall answer or otherwise respond to the Complaint on or before November 9, 2018.

2. After service of a response to the Complaint, the parties shall negotiate in good faith, subject to Court approval, a briefing and hearing schedule to permit a reasonable time as needed for the parties to file any opposition and reply papers.

**IT IS SO STIPULATED.**

DATED: October 5, 2018   By:   /s/ Brian C. Rocca

Brian C. Rocca[1]
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Defendants*

DATED: October 5, 2018   By:   /s/ Aaron M. Sheanin

Aaron M. Sheanin
ROBINS KAPLAN LLP
*Attorneys for Plaintiff and the Proposed Classes*

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Aaron M. Sheanin, prior to its filing.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Case No. 3:18-CV-05546-EMC
STIPULATION RE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT