Ashley Keller (*pro hac vice*)
ack@kellerlenkner.com
Seth Meyer (*pro hac vice*)
sam@kellerlenkner.com
Tom Kayes (*pro hac vice*)
tk@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Tel: (312) 741-5220

Warren Postman (*pro hac vice*)
wdp@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
Tel: (202) 749-8334

Michael A. Geibelson (SBN 179970)
mgeibelson@robinskaplan.com
Aaron M. Sheanin (SBN 214472)
asheanin@robinskaplan.com
Tai S. Milder (SBN 267070)
tmilder@robinskaplan.com
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Tel: (650) 784-4040
Fax: (650) 784-4041

*Attorneys for Plaintiff and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVA LIMOUSINE, LTD., individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>*Defendants.* | No. 3:18-cv-05546-EMC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    November 15, 2018<br>Time:   1:30 p.m.<br>Location: Courtroom 5<br>Judge:  Hon. Edward M. Chen |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiff Diva Limousine, Ltd. requests that the Court take judicial notice of all facts and matters properly noticed in and from the exhibits described below pursuant to Federal Rule of Evidence 201, as more specifically set forth in the memorandum filed herewith that.

Courts may take judicial notice of facts "not subject to reasonable dispute" that are "generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court may take judicial notice at summary judgment, or at any other stage of the proceeding. Fed. R. Evid. 201(d); *Van v. Language Line Servs*, No. 14-CV-03791-LHK, 2016 U.S. Dist. LEXIS 73510, at *20 (N.D. Cal. June 6, 2016).

The "proper subjects of judicial notice" include "public court records," a "court's own records," and "records of administrative bodies." *Id*. (citing *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (public court records, including pleadings and hearing transcripts); *United States v. Author Servs., Inc.*, 804 F.2d 1520, 1523 (9th Cir. 1986) (court's own records), *overruled on other grounds by United States v. Jose*, 131 F.3d 1325 (9th Cir. 1997) (en banc); *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (records of administrative bodies). Judicial notice is also "appropriate" where information is "made publicly available by government entities" on their websites. *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010).

Further, "notice is properly taken of orders and decisions made by…administrative agencies." *Papai v. Harbor Tug & Barge Co.*, 67 F.3d 203, 207, n.5 (9th Cir. 1995), *rev'd on other grounds*, 520 U.S. 548 (1997). This specifically includes Industrial Wage Orders of the Industrial Welfare Commission (IWC). *Chavez v. Air Prods. & Chems. Inc.*, No. CV 14-06360, 2016 U.S. Dist. LEXIS 189276, at *15, (C.D. Cal. Feb. 24, 2016) ("'Industrial Wage Orders of the California IWC can be judicially noticed.'") (quoting *Vasserman v. Henry Mayo Newhall Mem'l Hosp.*, 65 F. Supp. 3d 932, 943-44 (C.D. Cal. 2014)). Decisions and orders by the California Public Utilities Commission are also appropriately the subject of judicial notice. *See Henricks v. Cal. PUC*, No. 17-cv-2177, 2018 U.S. Dist. LEXIS 84182, at *9 (S.D.Cal. May 17,

2018) (citing *W. Radio Servs. Co. v. Qwest Corp.*, 530 F.3d 1186, 1192 n.4 (9th Cir. 2008)).

The exhibits listed below are those exhibits referenced in Plaintiff's Motion for Partial Summary Judgment and the Declaration of Tom Kayes for which Plaintiff is seeking judicial notice. Therefore, Plaintiff respectfully requests that the Court take judicial notice of all facts and matters properly noticed in and from the following exhibits for the reasons set forth below and as more specifically set forth in the memorandum filed herewith that:

| Exhibit | Description of Document | Basis for Judicial Notice |
|---|---|---|
| 6 | Term Sheet for Settlement Between the Safety and Enforcement Division of the California Public Utilities Commission and Uber Technologies, Inc. (Case PSG-3018, Citation 5-5195), filed as dkt. 52-3 in *Overton et al. v. Uber Technologies, Inc., et al.*, No. 18-cv-02166 (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records<br>• Courts may take judicial notice of records of administrative bodies |
| 7 | "Uber: Everyone's Private Driver," Exhibit 3 to the 7/9/14 Deposition of Michael Colman, filed as dkt. 223-3 in *O'Connor v. Uber Technologies, Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 8 | "PARTNERS: Uber SF Onboarding Script," filed as dkt. 223-6 in *O'Connor v. Uber Technologies, Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 11 | 2/6/13 Email from Uber to D. O'Connor re: Uber Quality & Evaluation Changes, filed as dkt. 223-29 in *O'Connor v. Uber Technologies, Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 17 | Uber Payment Statement, filed as dkt. 223-62 in *O'Connor v. Uber Technologies, Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |

| | | |
|---|---|---|
| 18 | 7/9/14 Rule 30(b)(6) Deposition of Uber Technologies, Inc. (by Michael Colman), filed as dkt. 223-2 in *O'Connor v. Uber Technologies, Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 19 | 9/14/14 Email from Uber to E. Gurfinkel re: Pricing, filed as dkt. 223-38 in *O'Connor v. Uber Technologies, Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 20 | Transportation Provider Service Agreement, filed as dkt. 223-15 in *O'Connor v. Uber Technologies, Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 22 | Driver Addendum Related to Uber Services, filed as dkt. 223-16 in *O'Connor v. Uber Technologies, Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 23 | Response of Uber Technologies, Inc. to Administrative Law Judge Robert M. Mason III's Ruling Dated September 17, 2015, filed in Rulemaking 12-12-011 on September 24, 2015, available at http://docs.cpuc.ca.gov/PublishedDocs/Efile/G000/M154/K652/154652254.PDF (last accessed: Oct. 5, 2018) | • Courts may take judicial notice of records of administrative bodies<br>• Courts may take judicial notice of information contained in government websites or documents |
| 28 | Internet Print-Out Reflecting Uber's Certificates and Permits under the California Public Utilities Commission, available at https://apps.cpuc.ca.gov/apex/f?p=203:35:0::NO:35:: (search for "Carrier ID" 38150) (last visited: Oct. 5, 2018) | • Courts may take judicial notice of records of administrative bodies<br>• Courts may take judicial notice of information contained in government websites or documents |
| 29 | Internet Print-Out Reflecting UTAC's Certificates and Permits under the California Public Utilities Commission, available at https://apps.cpuc.ca.gov/apex/f?p=203:35:0::NO:35:: | • Courts may take judicial notice of records of administrative bodies |

- 4 -

REQUEST FOR JUDICIAL NOTICE
CASE NO. 3:18-CV-05546-EMC

| | | |
|---|---|---|
| | (search for "Carrier ID" 37432) (last visited: Oct. 5, 2018) | • Courts may take judicial notice of information contained in government websites or documents |
| 30 | Rasier-CA LLC's Current CPUC-Issued TNC Permit, available at http://cpuc.ca.gov/uploadedFiles/CPUC_Public_Website/Content/Licensing/Transportation_Network_Companies/Rasier%20EXP2020.pdf (last accessed: Oct. 5, 2018) | • Courts may take judicial notice of records of administrative bodies<br>• Courts may take judicial notice of information contained in government websites or documents |
| 32 | Declaration of Michael Colman in Support of Defendant's Motion to Compel Arbitration as to Certain Absent Class Members, filed as dkt. 347 in *O'Connor v. Uber Technologies*, *Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 33 | Decision on Phase III.B Tracks II and IV Issues: Is Uber Technologies, Inc., a Transportation Network Company and/or a Charter Party Carrier, issued by the CPUC on May 4, 2018, Rulemaking 12-12-011, Decision 18-04-005, available at http://docs.cpuc.ca.gov/PublishedDocs/Published/G000/M213/K904/213904057.PDF | • Courts may take judicial notice of orders and decisions of administrative agencies<br>• Courts may take judicial notice of information contained in government websites or documents |
| 37 | Uber Driver Guidelines, filed as dkt. 223-20 in *O'Connor v. Uber Technologies*, *Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 38 | Driver Application Information, filed as dkt. 223-28 in *O'Connor v. Uber Technologies*, *Inc. et al.*, No. 13-cv-3826-EMC (N.D. Cal.) | • Courts may take judicial notice of a court's own records<br>• Courts may take judicial notice of public court records |
| 39 | Industrial Welfare Commission Wage Order No. 9-2001 (Transportation Industry) available at https://www.dir.ca.gov/iwc/wageorderindustries.htm (last visited: Oct. 5, 2018) | • Courts may take judicial notice of orders and decisions of administrative |

|   |   |
|---|---|
|   | agencies<br>• Courts may take judicial notice of information contained in government websites or documents |

Dated: October 5, 2018                    Respectfully submitted,

/s/ Tom Kayes
Tom Kayes
Ashley Keller
Seth Meyer
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Tel: (312) 741-5220

**ROBINS KAPLAN LLP**
Michael A. Geibelson
Aaron M. Sheanin
Tai S. Milder
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041

**KELLER LENKNER LLC**
Warren Postman
1300 I Street, N.W. Suite 400E
Washington, D.C. 20005
Tel: (202) 749-8334

*Counsel for Plaintiff Diva Limousine, Ltd., and the Proposed Classes*

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2018, I served this document on all ECF-registered counsel via the Court's CM/ECF system.

/s/ Tom Kayes
Tom Kayes