Ashley Keller (*pro hac vice*)
ack@kellerlenkner.com
Warren Postman (*pro hac vice*)
wdp@kellerlenkner.com
Seth Meyer (*pro hac vice*)
sam@kellerlenkner.com
Tom Kayes (*pro hac vice*)
tk@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Tel: (312) 741-5220

*Attorneys for Plaintiff and the Proposed Classes*

Kent M. Roger, Bar No. 095987
kent.roger@morganlewis.com
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVA LIMOUSINE, LTD., individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-CA, LLC; UBER USA, LLC; and UATC, LLC.<br><br>Defendants. | Case No. 3:18-cv-05546-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR MOTION TO DISQUALIFY** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:18-CV-05546-EMC
STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR MOTION TO DISQUALIFY

1  WHEREAS, Plaintiff filed its Complaint in this action on September 10, 2018 (Dkt. 1);

2  WHEREAS, Defendants have advised Plaintiff that they will be filing a motion to
3  disqualify the Keller Lenkner LLC law firm, which Keller Lenkner LLC intends to oppose;

4  WHEREAS, the parties conferred in good faith about an appropriate schedule for the
5  briefing and hearing on the motion to disqualify and agree that the motion raises issues that
6  should be briefed and heard on a modified schedule;

7  THEREFORE, the parties, through their undersigned counsel, and subject to the Court's
8  approval, stipulate to the following schedule for the above-referenced motion to disqualify:

| Event | Deadline |
| --- | --- |
| Motion | October 23, 2018 |
| Opposition | November 2, 2018 |
| Reply | November 9, 2018 |
| Noticed Hearing Date | November 15, 2018 at 1:30 p.m. |

**IT IS SO STIPULATED.**

DATED: October 17, 2018   By:   /s/ Brian C. Rocca

Brian C. Rocca[1]
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Defendants*

DATED: October 17, 2018   By:   /s/ Tom Kayes

Tom Kayes (*pro hac vice*)
Keller Lenkner LLC
*Attorneys for Plaintiff and the Proposed Classes*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   _____
                                              UNITED STATES DISTRICT JUDGE

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Tom Kayes, prior to its filing.