Ashley Keller (*pro hac vice*)
ack@kellerlenkner.com
Warren Postman (*pro hac vice*)
wdp@kellerlenkner.com
Seth Meyer (*pro hac vice*)
sam@kellerlenkner.com
Tom Kayes (*pro hac vice*)
tk@kellerlenkner.com
**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Tel: (312) 741-5220

*Attorneys for Plaintiff and the Proposed Classes*

Kent M. Roger, Bar No. 095987
kent.roger@morganlewis.com
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVA LIMOUSINE, LTD., individually and behalf of all others similarly situated, | Case No. 3:18-cv-05546-EMC |
| Plaintiff, | **CORRECTED STIPULATION AND ORDER AS MODIFIED RE SCHEDULE FOR MOTION TO DISQUALIFY** |
| vs. | |
| UBER TECHNOLOGIES, INC.; RASIER, LLC; RASIER-CA, LLC; UBER USA, LLC; and UATC, LLC. | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:18-CV-05546-EMC
CORRECTED STIPULATION AND  ORDER RE SCHEDULE FOR MOTION TO DISQUALIFY

WHEREAS, Plaintiff filed its Complaint in this action on September 10, 2018 (Dkt. 1);

WHEREAS, Defendants have advised Plaintiff that they will be filing a motion to disqualify the Keller Lenkner LLC law firm, which Keller Lenkner LLC intends to oppose;

WHEREAS, the parties conferred in good faith about an appropriate schedule for the briefing and hearing on the motion to disqualify and agree that the motion raises issues that should be briefed and heard on a modified schedule;

THEREFORE, the parties, through their undersigned counsel, and subject to the Court's approval, stipulate to the following schedule for the above-referenced motion to disqualify:

| Event | Deadline |
| --- | --- |
| Motion | October 24, 2018 |
| Opposition | October 31, 2018 |
| Reply | November 6, 2018 |
| Noticed Hearing Date | November 15, 2018 at 1:30 p.m. |

**IT IS SO STIPULATED.**

DATED: October 17, 2018   By:        /s/ Brian C. Rocca

Brian C. Rocca[1]
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Defendants*

DATED: October 17, 2018   By:        /s/ Tom Kayes

Tom Kayes (*pro hac vice*)
Keller Lenkner LLC
*Attorneys for Plaintiff and the Proposed Classes*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 19, 2018

_____
UNITED STATES DISTRICT JUDGE

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Tom Kayes, prior to its filing.