UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVA LIMOUSINE, LTD., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. et al.,<br><br>*Defendants*. | No. 3:18-cv-05546-EMC<br><br>**DECLARATION OF ASHLEY C. KELLER** |

I, Ashley Keller, declare based on personal knowledge as follows:

1. I am a partner at Keller Lenkner LLC.

2. I am part of the team litigating this matter on behalf of Plaintiffs.

3. I sought Uber's consent to file Plaintiff's Administrative Motion to Alert the Court to New Evidence. Uber did not oppose filing the new evidence with the Court, but it did not consent to the motion or to Plaintiff providing any explanation of the relevance of the new materials.

4. Attached to this declaration are true and correct copies of the following exhibits:

| Ex. | Description |
| --- | --- |
| A | Declaration of Steven P. Lehotsky, *Lyft v. Postman et al.*, Dkt. 4-2, No. 18-cv-6978-YGR (N.D. Cal.) |
| B | Declaration of Loni Mahanta, *Lyft v. Postman et al.*, Dkt. 4-3, No. 18-cv-6978-YGR (N.D. Cal.) |
| C | Declaration of Lucas Munoz, *Lyft v. Postman et al.*, Dkt. 4-4, No. 18-cv-6978-YGR (N.D. Cal.) |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on November 28, 2018.

      /s/ Ashley Keller
By: Ashley Keller

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to served on all ECF-registered counsel of record via the Court's CM/ECF system.

Dated: November 28, 2018.

/s/ Ashley Keller