UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Diva Limousine, Ltd.<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>Uber Technologies, et al.<br><br>　　　　Defendant(s) | CASE No C 18-05546 EMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☐ **Private ADR** (*specify process and provider*)   The parties jointly request that Magistrate Judge Spero preside over the early settlement conference.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline: If necessary, within 90 days of ruling on Rule 12 motion.

Date: 11/29/2018                              _____
                                              Attorney for Plaintiff
Date: 11/29/2018                              _____
                                              Attorney for Defendant

---

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:



Date:                                              _____
                                                   U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*