Michael A. Geibelson (SBN 179970)
MGeibelson@RobinsKaplan.com
Aaron M. Sheanin (SBN 214472)
ASheanin@RobinsKaplan.com
Tai S. Milder (SBN 267070)
TMilder@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA  94040
Telephone:   (650) 784-4040
Facsimile:    (650) 784-4041

*Attorneys for Plaintiff and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVA LIMOUSINE, LTD., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No.  3:18-cv-05546-EMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date:       April 11, 2019<br>Time:      1:30 p.m.<br>Judge:     Edward M. Chen |

Pursuant to Civil L.R. 11-5, Plaintiff Diva Limousine, Ltd. ("Plaintiff") hereby moves the Court for an order to permit its current counsel, Tai S. Milder of Robins Kaplan LLP, to withdraw as counsel of record. Plaintiff and Robins Kaplan LLP consent to such withdrawal of counsel.

Accordingly, Plaintiff respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

| | |
|---|---|
| **Aaron M. Sheanin**<br>Robins Kaplan LLP<br>2440 W El Camino Real<br>Suite 100<br>Mountain View, CA 94040<br>Tel: 650-784-4040<br>Fax: 650-784-4041<br>Email: asheanin@robinskaplan.com | **Michael A. Geibelson**<br>Robins Kaplan LLP<br>2049 Century Park East<br>Suite 3400<br>Los Angeles, CA 90067<br>Tel: 310-552-0130<br>Fax: 310-229-5800<br>Email: mgeibelson@robinskaplan.com |



| | |
|---|---|
| DATED: February 15, 2019 | **ROBINS KAPLAN LLP** |
| | By: /s/ *Tai S. Milder* <br> Tai S. Milder <br> Email: tmilder@robinskaplan.com <br> 2440 W El Camino Real, Ste. 100 <br> Mountain View, CA 94040 <br> Telephone: (650) 784-4040 <br> Facsimile: (650) 784-4041 |
| | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

Dated this_____ day of_____, 2019

_____
Hon. Judge Edward M. Chen
United States District Judge