UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 2 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: DIVA LIMOUSINE, LTD., Individually and on behalf of all others similarly situated,

_____

DIVA LIMOUSINE, LTD., Individually and on behalf of all others similarly situated,

    Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

    Respondent,

UBER TECHNOLOGIES, INC.; et al.,

    Real Parties in Interest.

No. 19-70357

D.C. No. 3:18-cv-05546-EMC
Northern District of California,
San Francisco

ORDER

  The real parties in interest's opposed motion for an extension of time to answer the petition for a writ of mandamus (Docket Entry No. 4) is granted in part. The real parties in interest's answer is due by May 15, 2019.

  The district court may address the petition if it so desires by May 15, 2019. The district court may elect to file an answer with this court or to issue an order and serve a copy on this court.

  Petitioner may file a reply within 5 days after service of the answer(s).

The Clerk shall serve this order on the district court and District Judge Chen.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Aaron Leiderman
Deputy Clerk
Ninth Circuit Rule 27-7