Michael A. Geibelson (SBN 179970)
mgeibelson@robinskaplan.com
Aaron M. Sheanin (SBN 214472)
asheanin@robinskaplan.com
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Tel: (650) 784-4040

*Counsel for Plaintiff and the Putative Classes*

Kent M. Roger, Bar No. 095987
kent.roger@morganlewis.com
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVA LIMOUSINE, LTD., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. et al.,<br><br>*Defendants*. | No. 3:18-cv-05546-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:     Hon. Edward M. Chen |

1    Pursuant to Local Rules 6-1 and 6-2, Plaintiff Diva Limousine, Ltd. ("Plaintiff") and
2    Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Uber USA, LLC, and
3    UATC, LLC ("Defendants" and collectively, the "Parties"), hereby stipulate to an extension of
4    time for Plaintiff to file a Second Amended Class Action Complaint.

**RECITALS**

WHEREAS, on January 3, 2019, the Court ordered the parties to hold an ADR session within 90 days of the ruling on Defendants' Rule 12 motion ("ADR Order"; ECF No. 95);

WHEREAS, on June 20, 2019, the Court issued its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, and Denying Without Prejudice Plaintiff's Motion for Partial Summary Judgment (the "Motion to Dismiss Order"; ECF No. 127);

WHEREAS, the Motion to Dismiss Order granted Plaintiff 30 days to file a Second Amended Class Action Complaint;

WHEREAS, the Court has scheduled a case management conference for August 1, 2019 at 10:30 a.m.;

WHEREAS, in order to facilitate discussions contemplated by the Court's ADR Order, the Parties request a 45-day extension of the deadline for Plaintiff to file a Second Amended Class Action Complaint, and a continuance of the case management conference; and

WHEREAS, the Parties have not previously sought an order extending time for Plaintiff to file a Second Amended Class Action Complaint;

THEREFORE, the parties, through their undersigned counsel, stipulate as follows, subject to the Court's approval:

1. The deadline for Plaintiff to file a Second Amended Class Action Complaint shall be September 5, 2019.

2. The case management conference on calendar for August 1, 2019 shall be continued until a future date as ordered by the Court.

//
//
//

**IT IS SO STIPULATED.**

Dated: July 15, 2019

*/s/ Aaron M. Sheanin*
Michael A. Geibelson (SBN 179970)
Aaron M. Sheanin (SBN 214472)
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Tel: (650) 784-4040

*Counsel for Plaintiff and the Putative Classes*

Dated: July 15, 2019

*/s/ Brian C. Rocca*[1]
Kent M. Roger, Bar No. 095987
kent.roger@morganlewis.com
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendants*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 15, 2019

_____
United States District Judge

---

[1] Aaron M. Sheanin, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Brian C. Rocca, prior to its filing.

Case No 3:18-cv-01873-EMC

STIP. & [PROPOSED] ORDER RE SECOND AMENDED COMPLAINT

2