AT-180/EJ-185

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MARTIN B. GREENBAUM  SBN: 45268<br>Greenbaum Law Group LLP<br>170 Newport Center Drive, Suite 130, Newport Beach, CA 92660<br>fax: 949-760-1300 | ph: 949-760-1400 | |

ATTORNEY FOR LIEN CLAIMANT: POSH ENTERPRISES CORP.

NAME OF COURT: U.S. District Court of California, Northern District
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Diva Limousine, Ltd.

DEFENDANT: Uber Technologies, Inc. et. al.

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CASE NUMBER:
3:18-cv-05546-EMC

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☒ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court (specify): Superior Court of California, County of Los Angeles
   b. Name of case (specify): POSH ENTERPRISES CORP. v. DIVA LIMOUSINE, LTD.
   c. Number of case (specify): 18CHLC28829
   d. ☒ Date of entry of judgment (specify): 04/03/2019
   e. ☐ Dates of renewal of judgment (specify):
4. The name and address of the judgment creditor or person who obtained the right to attach order are (specify):
   POSH ENTERPRISES CORP.
   c/o GREENBAUM LAW GROUP LLP, 170 NEWPORT CENTER DR. STE. 170, NEWPORT BEACH, CA 92660
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are (specify): DIVA LIMOUSINE, LTD.
   12711 VENTURA BLVD. STE. 220, STUDIO CITY, CA 91604

6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is $23,060.62
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

**NOTICE** The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: 09/11/2019

MARTIN B. GREENBAUM
(TYPE OR PRINT NAME)                              ▶ _[signature]_
                                                  (SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)

Form Approved by the
Judicial Council of California
AT-180/EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410
Westlaw Doc & Form Builder

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
MARTIN B. GREENBAUM    SBN: 45268
Greenbaum Law Group LLP
170 Newport Center Drive, Suite 130,
Newport Beach, CA 92660
TEL NO.: 949-760-1400    FAX NO. (optional): 949-760-1300
E-MAIL ADDRESS (Optional): mgreenbaum@collectionlaw.com

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 9425 Penfield Ave.
MAILING ADDRESS: 9425 Penfield Ave.
CITY AND ZIP CODE: Chatsworth, 91311
BRANCH NAME: Chatsworth Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: POSH ENTERPRISES CORP.
DEFENDANT: DIVA LIMOUSINE, LTD.

CASE NUMBER: 18CHLC28829

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────┐
      │ DIVA LIMOUSINE, LTD.        │
      │ 12711 Ventura Blvd. Ste. 220│
      │ Studio City, CA 91604       │
      └─────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:               [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      DIVA LIMOUSINE, LTD.
      12711 VENTURA BLVD. STE. 220 STUDIO CITY, CA 91604

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   POSH ENTERPRISES CORP.
   c/o GREENBAUM LAW GROUP LLP, 170 Newport Center Dr
   . Ste. 130, Newport Beach, CA 92660
   Date: 06/21/2019
   MARTIN B. GREENBAUM
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
   $ 23,060.62
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 04/03/2019
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
06/28/2019

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Sherri R. Carter Executive Officer / Clerk of Court
Clerk, by _____Anahid Bandikian_____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190
Westlaw Doc & Form Builder

| PLAINTIFF: POSH ENTERPRISES CORP. | COURT CASE NO.: |
|---|---|
| DEFENDANT: DIVA LIMOUSINE, LTD. | 18CHLC28829 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown
Social security no. [last 4 digits]:    ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

ROOF OF SERVICE
(Code Civ. Proc. §1013a (3), 2015.5 C.C.P.)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is GREENBAUM LAW GROUP LLP, 170 Newport Center Drive, Suite 130, Newport Beach, California 92660.

On September 11, 2019 I served the within document described as:

NOTICE OF LIEN

[XX] By placing a true copy of the document listed above enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[XX] BY FIRST CLASS MAIL: I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under practice, said correspondence is deposited with the United States postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.
I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[XX] (State): I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 11, 2019 at Newport Beach, California.

_____
Olesia Maher

SERVICE LIST

Michael A. Geibelson
Aaron M. Sheanin
Robins Kaplan LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040

Thomas Kayes
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606

Ashley Conrad Keller
Keller Lenkner LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606

Minna L Naranjo
Morgan Lewis and Bockius
One Market Spear Street Tower
San Francisco, CA 94105

Sujal Shah
Morgan, Lewis & Bockius LLP
Three Embarcadero Center
San Francisco, CA 94111

Kent Michael Roger
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105

Warren D Postman
Keller Lenkner 1300 I Street, N.W., Suite 400E
Washington, DC 20005