Michael A. Geibelson (SBN 179970)
mgeibelson@robinskaplan.com
Aaron M. Sheanin (SBN 214472)
asheanin@robinskaplan.com
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Tel: (650) 784-4040

*Counsel for Plaintiff and the Putative Classes*

Kent M. Roger, Bar No. 095987
kent.roger@morganlewis.com
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIVA LIMOUSINE, LTD., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. et al.,<br><br>*Defendants*. | No. 3:18-cv-05546-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:   Hon. Edward M. Chen |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Diva Limousine, Ltd. ("Plaintiff") and Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC, Uber USA, LLC, and UATC, LLC ("Defendants" and collectively, the "Parties"), hereby stipulate to a brief, third extension of time for Plaintiff to file a Second Amended Class Action Complaint.

## RECITALS

WHEREAS, on July 16, 2019, per stipulation of the Parties, the Court extended the deadline for Plaintiff to file the SAC until September 5, 2019 (ECF No. 129);

WHEREAS, subsequent to the above-mentioned scheduling orders, the Parties agreed to and did conduct a private mediation on September 10, 2019 in San Francisco, which was the earliest available date for the parties, counsel and the mediator;

WHEREAS, in order to facilitate a productive mediation, the Parties jointly requested and were granted an extension of the deadline for Plaintiff to file the SAC be extended to September 30, 2019;

WHEREAS an additional 7-day extension of the deadline for Plaintiff to file the SAC is required to complete the ADR process;

THEREFORE, the parties, through their undersigned counsel, stipulate as follows, subject to the Court's approval:

1. Plaintiff shall file a Second Amended Class Action Complaint on or before ***October 7, 2019***.

**IT IS SO STIPULATED.**

Dated: September 27, 2019
*/s/ Michael A. Geibelson*
Michael A. Geibelson (SBN 179970)
Aaron M. Sheanin (SBN 214472)
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Tel: (650) 784-4040

*Counsel for Plaintiff and the Putative Classes*

| | |
|---|---|
| Dated: September 27, 2019 | */s/ Brian C. Rocca*[1]<br>Kent M. Roger, Bar No. 095987<br>kent.roger@morganlewis.com<br>Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel: (415) 442-1000<br>Fax: (415) 442-1001<br><br>*Attorneys for Defendants* |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September ___, 2019

_____
United States District Judge

---

[1] Michael A. Geibelson, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Brian Rocca, prior to its filing.

## CERTIFICATE OF SERVICE

I certify that, on September 27, 2019, I caused the foregoing document entitled **SECOND STIPULATION AND [PROPOSED] ORDER RE SECOND AMENDED CLASS ACTION COMPLAINT** to be served on all ECF-registered counsel of record via the Court's CM/ECF system.

*/s/ Michael A. Geibelson*
Michael A. Geibelson