UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVA LIMOUSINE, LTD.,<br><br>            Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>            Defendants. | Case No. 18-cv-05546-EMC<br><br>**JUDGMENT** |

On October 23, 2019, the Court issued its Order Granting Plaintiff's Notice of Dismissal (*see* Order, Docket No. 144). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: October 23, 2019

_____
EDWARD M. CHEN
United States District Judge